UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENISHA RODRIGUEZ** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:** |
| | * | |
| **SENTRY INSURANCE, A MUTUAL** | * | **JUDGE:** |
| **COMPANY, MAECO FABRICATION, INC.** | * | |
| **AND BRANDON GORDON** | * | **MAGISTRATE:** |

**FILED:** _____       _____
                                               **DATE**

**PETITION FOR REMOVAL**

Defendants, Sentry Select Insurance Company (erroneously designated as "Sentry Insurance, a Mutual Company"), Maeco Fabrication, Inc. and Brandon Gordon, file this Petition for Removal of this case from the Civil District Court for the Parish of Orleans, State of Louisiana, in which it is now pending, to the United States District Court for the Eastern District of Louisiana. This removal is predicated upon diversity jurisdiction under 28 U.S.C. §1332.

1. This case was commenced in the Civil District Court for the Parish of Orleans, State of Louisiana, on May 11, 2016 through the filing of a Petition for Damages setting forth a claim for relief upon which this action is based.

2. Plaintiff, Denisha Rodriguez, instituted this action for personal injuries allegedly sustained in a motor vehicle accident on February 1, 2016 in Orleans Parish.

3. Service of process upon defendant, Brandon Gordon, was requested through the Louisiana Long-Arm Statute in LSA-R.S. 13:3201, *et seq.*, but no affidavit of long-arm service has been filed into the record of the state court proceeding.

4. Service of process upon defendant, Maeco Frabrication, Inc., was requested through the Louisiana Long-Arm Statute in LSA-R.S. 13:3201, *et seq.*, but no affidavit of long-arm service has been filed into the record of the state court proceeding.

5. Service of process upon defendant, Sentry Select Insurance Company, was requested through the Louisiana Secretary of State and which was effectuated on May 24, 2016 (Exhibit 1: Citation issued by Dale N. Atkins, Clerk of Court, Civil District Court, Parish of Orleans, State of Louisiana and served on Tom Schedler, Louisiana Secretary of State on 5/24/16).

6. This matter has been removed within thirty (30) days of documented service

of process upon Sentry Select Insurance Company.

7. This action is one of a civil nature for damages.

8. Plaintiff, Denisha Rodriguez ("Rodriguez"), contends that she has sustained past physical and mental pain and suffering for which she is entitled to reasonable damages (Petition for Damages, ¶ II).

9. Rodriguez further alleges entitlement to damages for future physical and mental pain and suffering (Petition for Damages, ¶ II).

10. Rodriguez alleges that she is entitled to damages for past, present and future medical expenses incurred in consequence of the subject accident (Petition for Damages, ¶ II).

11. Rodriguez asserts a claim for property damage, rental expenses, loss of use, and/or depreciation of her vehicle (Petition for Damages, ¶ II).

12. An extra-contractual damage claim is asserted by Rodriguez under LSA-R.S. 22:1893 (formerly R.S. 22:658) and LSA-R.S. 22:1973 (formerly R.S. 22:1220) with respect to her property damage claim, for 50% of the value of her property damage claim, in addition to attorney fees and costs as to this property damage claim (Petition for Damages, ¶ IX).

13. Rodriguez claims economic damages for past lost earnings, future lost earnings and diminution of her of earnings capacity (Petition for Damages, ¶ II).

14. Rodriguez asserts a claim for loss of enjoyment of life (hedonic damages)(Petition for Damages, ¶ II).

15. Rodriguez alleges entitlement to damages for permanent disability (Petition for Damages, ¶ II).

16. Rodriguez alleges entitlement to damages for loss of consortium (Petition for Damages, ¶ II).

17. A claim for penalties and attorney fees is made as to all of Rodriguez's bodily injury general and special damage claims (Petition for Damages, ¶ II).

18. Under *Simon v. Wal-Mart Stores, Inc.*, 193 F.3d 848 (5th Cir. 1999), defendants aver that they possess a good faith belief at the time of this removal that diversity jurisdiction exists, irrespective of the merits of plaintiff's lawsuit or any defenses applicable to her claims.

19. As of Rodriguez's evaluation date by Louisiana Primary Care Consultants physician, Norman D. Ott, III, M.D. on 2/10/16, plaintiff's diagnoses were: (1) cervical spine strain with muscles spasm; (2) thoracic spine strain with muscle spasm; (3) lumbar spine strain with muscle spasm; and (4) right shoulder girdle muscle strain and spasm with a positive impingement test.

20. Rodriguez continued to receive medical care at Louisiana Primary Care Consultants and it is reported that she is now under the medical care of

orthopedic surgeon, Marco A. Rodriguez, M.D.

21. A low back MRI dated 5/3/16 has been interpreted by Lawrence W. Glorioso, III, M.D. to demonstrate the presence of "(i)nternal disruption, abnormal posterior prominence of the L5-S1 disc toward the right side" with Dr. Glorioso's further statement that the "(f)indings are consistent with a pain generating source."

22. Defense counsel communicated by e-mail with plaintiff counsel, Jonathan R. Marlowe on 5/31/16 to advise of the facial apparency of plaintiffs' claims and the existence of the amount in controversy requirement for diversity of citizenship jurisdiction under 28 U.S.C. § 1332; included with this correspondence was an *Irrevocable Stipulation of Damages* which was submitted to Rodriguez for execution in the event she seek damages below $75,000.00, exclusive of interest and costs (Exhibit 2, *in globo*).

23. Subsequent inquiries on the subject the amount in controversy were made on 6/2/16, 6/13/16, and 6/15/16 and which culminated in a discussion with prospective plaintiff counsel with the Law Offices fo Edward J. Womac, Jr. & Associations, Christopher J. Williamson, on Wednesday, 6/15/16; at that time, the representation was made that the *Irrevocable Stipulation of Damages* could not be executed given Rodriguez's ongoing treatment and consultation

with orthopedic surgeon, Marco A. Rodriguez, M.D.

24. Denisha Rodriguez is a resident of the Parish of Orleans, State of Louisiana.

25. Brandon Gordon is a resident of the County of Jackson, State of Mississippi.

26. Maeco Fabrication, Inc. is a corporation organized under laws of the State of Alabama and which maintains its principal place of business at 12275 Jackson Lane, Grand Bay, Alabama 36541.

27. Sentry Select Insurance Company is incorporated under the laws of the State of Wisconsin, with its principal place of business at 1800 North Pointe Drive, Stevens Point, Wisconsin 54481.

**WHEREFORE**, defendants Sentry Select Insurance Company, Maeco Fabrication, Inc. and Brandon Gordon pray for removal of the above-entitled cause from the Civil District Court for the Parish of Orleans, State of Louisiana to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

/s/ Charles M. Ponder, III
CHARLES M. PONDER, III, #2052
PONDER LAW FIRM
1010 Common Street, Suite 1715
New Orleans, Louisiana 70112
Telephone: (504) 528-3066
Facsimile: (504) 528-3077
E-Mail: cmponder@att.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of June, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: <u>All counsel of record.</u> I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

      /s/ Charles M. Ponder III
      CHARLES M. PONDER, III