FILED
2016 MAY 11 A 11:41
CIVIL

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 16-4758                                DIVISION "C-10"

DENISHA RODRIGUEZ

VERSUS

SENTRY INSURANCE A MUTUAL COMPANY,
MAECO FABRICATION, INC. AND BRANDON GORDON

FILED: _____        _____
                                                              DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of **DENISHA RODRIGUEZ**, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, respectfully represents:

I.

Made defendants herein are:

**SENTRY INSURANCE A MUTUAL COMPANY**, a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana;

**MAECO FABRICATION, INC.**, a domestic/foreign corporation authorized to do and doing business in the State of Louisiana; and

**BRANDON GORDON**, a person of the full age of majority and a resident of the County of Jackson, State of Mississippi.

II.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such damages as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past, present, and future mental pain and suffering, past, present, and future medical expenses, rental expenses, property damage, loss of use and/or depreciation of vehicle, loss of past and future earnings, loss of future earning capacity, past and future loss of enjoyment of life, permanent disability to the body, loss of consortium, and penalties and attorneys' fees together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about **February 1, 2016,** an accident occurred on or about South Claiborne Avenue at or near its intersection with Jackson Avenue in the Parish of Orleans, State of Louisiana, wherein the vehicle owned by **MAECO FABRICATION, INC.** and operated by **BRANDON GORDON,** suddenly and without warning made an improper left turn into the vehicle owned and operated by **DENISHA RODRIGUEZ.**

IV.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **BRANDON GORDON,** which is attributed to, but not limited to, the following non-exclusive particulars:

a) Lack of reasonable safety when attempting a left turn;

b) Careless operation;

c) Improper lane usage;

d) Failure to yield;

e) Failure to see what he should have seen;

f) Failure to keep a good and careful lookout;

g) Failure to maintain a safe distance from other vehicles;

h) Operating his vehicle in a careless and reckless manner without regard for the safety of others;

i) Failure to maintain reasonable and proper control of the vehicle which he was operating;

j) Failure to follow the customary rules of the road of the State of Louisiana, which rules are specifically pled herein as though copied *in extenso;* and

k) Any and all other acts of negligence which may be proven at the trial of this matter.

V.

As a result of the subject accident and negligence of the above-referenced defendant, **BRANDON GORDON,** Petitioner, **DENISHA RODRIGUEZ,** suffered severe and disabling injuries and is entitled to recover such damages as are reasonable in the premises.

VI.

Upon information and belief, it is alleged that at all times material hereto, that BRANDON GORDON was on a mission and/or errand for and/or in the course and scope of his employment with MAECO FABRICATION, INC. on the date of this accident, thus rendering said defendant, MAECO FABRICATION, INC., vicariously liable unto Petitioner with the other named defendants.

VII.

Upon information and belief, it is alleged that at all times material hereto, including but not limited to the date of the subject accident, defendant, SENTRY INSURANCE A MUTUAL COMPANY, provided a policy of automobile liability insurance on the vehicle owned by MAECO FABRICATION, INC. and operated by BRANDON GORDON, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, SENTRY INSURANCE A MUTUAL COMPANY, liable unto Petitioner with the other named defendants.

VIII.

Defendants are responsible for property damages to Petitioner's vehicle, rental car reimbursement, storage fees, towing fees, loss of use and/or depreciation of car value, and all other ancillary damages stemming from said property damages.

IX.

At all relevant times, SENTRY INSURANCE A MUTUAL COMPANY has acted in bad faith towards Plaintiff, including by failure to make a reasonable tender for his injuries, and failure to reasonably adjust his property damage claim. Damages against SENTRY INSURANCE A MUTUAL COMPANY should include penalties under La. R.S. 22:1892 and 22:1973; double damages pursuant to LSA-R.S. 22:1973; 50% penalties for failure to submit payment within thirty (30) days from proof of claim; attorneys' fees; court costs; and any other relief this Honorable Court deems fair and equitable.

WHEREFORE, Petitioner prays that defendants be duly cited and served with a copy of this Petition; and, after all due proceedings are had, there be a judgment rendered herein in favor

of Petitioner and against the defendants, SENTRY INSURANCE A MUTUAL COMPANY, MAECO FABRICATION, INC. AND BRANDON GORDON, jointly and *in solido* in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, past, present, and future medical expenses, rental expenses, property damage, loss of use and/or depreciation of vehicle, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, past and future loss of enjoyment of life, loss of consortium, and penalties and attorneys' fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR. & ASSOCIATES, LLC

_____
EDWARD J. WOMAC, JR. #02195
JONATHAN R. MARLOWE #31854
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
jmarlowe@edwardwomac.com

**PLEASE SERVE:**

SENTRY INSURANCE A MUTUAL COMPANY
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

MAECO FABRICATION
Through the Louisiana Long-Arm Statute:
12530 Saeger Road
Grand Bay, Alabama 36541

BRANDON GORDON
Through the Louisiana Long-Arm Statute:
12012 Independence Road
Moss Point, Mississippi 39562

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ATTORNEY'S NAME: Marlowe, Jonathan R 31854
AND ADDRESS: 4117 Yale St , Metairie, LA 70002

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2016-04758　　　DIVISION: C　　　SECTION: 10

**RODRIGUEZ, DENISHA**

Versus

**SENTRY INSURANCE A MUTUAL COMPANY ET AL**

### CITATION

TO: SENTRY INSURANCE MUTUAL COMPANY
THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
8585 ARCIVHES AVENU, BATON ROUGE, LA 70809

SERVED ON
TOM SCHEDLER
MAY 24 2016
SECRETARY OF STATE
COMMERCIAL DIVISION

**YOU HAVE BEEN SUED:**
You must either comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION
Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 11, 2016

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Nyrie Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within Petition for Damages ON SENTRY INSURANCE MUTUAL COMPANY THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ /ENTERED/ _____ PAPER / RETURN / _____ SERIAL NO.　DEPUTY　PARISH | On this _____ day of _____ served a copy of the within Petition for Damages ON SENTRY INSURANCE MUTUAL COMPANY THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SENTRY INSURANCE MUTUAL COMPANY being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 9378319　　　Page 1 of 1

# State of Louisiana
## Secretary of State

05/25/2016

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

SENTRY INSURANCE, A MUTUAL COMPANY
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

Suit No.: 164758
CIVIL DISTRICT COURT
ORLEANS PARISH

DENISHA RODRIGUEZ
vs
SENTRY INSURANCE A MUTUAL COMPANY, ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on: TOM SCHEDLER
Served by: B JAMES
Date: 05/24/2016
Title: DEPUTY SHERIFF

No: 1003252

KC



TOM SCHEDLER
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125



7015 0640 0001 0095 6803



U.S. POSTAGE >> PITNEY BOWES

ZIP 70802   $ 003.97⁵
02 4W
0000333735 MAY. 25. 2016



SS104 (R 11/10)

 **CT Corporation**

**Service of Process Transmittal**
05/26/2016
CT Log Number 529236560

**TO:** Josh Smrz
Sentry Insurance
1800 Northpoint Dr
Stevens Point, WI 54481-1283

**RE:** Process Served in Louisiana

**FOR:** Sentry Insurance a Mutual Company (Domestic State: WI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Denisha Rodriguez, Pltf. vs. Sentry Insurance a Mutual Company, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Citation, Petition |
| **COURT/AGENCY:** | ORLEANS; ORLEANS CIVIL DISTRICT COURT, LA<br>Case # 201604758 |
| **NATURE OF ACTION:** | Insurance Litigation - Claim for policy benefits |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 05/26/2016 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service hereof |
| **ATTORNEY(S) / SENDER(S):** | EDWARD J. WOMAC, JR.<br>LAW OFFICES OF EDWARD J. WOMAC, JR. & ASSOCIATES, LLC<br>3501 Canal Sretet<br>New Orleans, LA 70119<br>504-486-9999 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/27/2016, Expected Purge Date: 06/01/2016<br><br>Image SOP<br><br>Email Notification, Josh Smrz  josh.smrz@sentry.com<br><br>Email Notification, Michelle Gear  michelle.gear@sentry.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 612-333-4315 |

Page 1 of 1 / DR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2016 – 04758                                                    DIVISION "C"

DENISHA RODRIGUEZ

VERSUS

SENTRY INSURANCE, A MUTUAL COMPANY,
MAECO FABRICATION, INC. AND BRANDON GORDON

FILED: _____       _____
                                    DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come defendants, Brandon Gordon, Maeco Fabrication, Inc., and Sentry Insurance A Mutual Company, solely for the purpose of seeking an extension of time to respond to plaintiffs' Petition for Damages and without making a general appearance, respectfully suggest to this Honorable Court that movers and their counsel require additional time within which to investigate the claims and allegations made and to prepare and file pleadings in response thereto, and to determine whether undersigned counsel may represent the interests of both defendants and that for these purposes, movers desire an extension of time of thirty (30) days from the date of signing of this Order within which to file responsive or other appropriate pleadings in this matter. Movers further aver that no prior request for extension of time has been requested.

IT IS ORDERED that defendants, Brandon Gordon, Maeco Fabrication, Inc., and Sentry Insurance A Mutual Company, be hereby granted an extension of time of thirty (30) days from the date of signing of this Order within which to file responsive or other pleadings in the above-entitled and numbered lawsuit.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
JUDGE

Respectfully submitted,

_____
CHARLES M. PONDER, III, #2052
PONDER LAW FIRM
1010 Common Street, Suite 1715
New Orleans, Louisiana 70112
Telephone: (504) 528-3066
Facsimile: (504) 528-3077

**CERTIFICATE OF SERVICE**

I, Charles M. Ponder, III, do hereby certify that a copy of the foregoing pleading has been served upon all parties through their attorney of record by: ☒transmitting same via facsimile, and/or ☐depositing same in the United States Mail, properly addressed and postage pre-paid this 31st day of May, 2016.

_____
CHARLES M. PONDER, III

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2016 – 04758                                                DIVISION "C"

DENISHA RODRIGUEZ

VERSUS

SENTRY INSURANCE, A MUTUAL COMPANY,
MAECO FABRICATION, INC. AND BRANDON GORDON

FILED: _____     _____
                                                          DEPUTY CLERK

## REQUEST FOR NOTICE

**NOW COMES** defendants, Brandon Gordon, Maeco Fabrication, Inc., and Sentry Insurance A Mutual Company, in accordance with Article 1572 of the Louisiana Code of Civil Procedure and hereby requests written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial or hearing upon any motion, exception, rule or other matter, at least ten (10) days before any trial or hearing date.

Defendants, Brandon Gordon, Maeco Fabrication, Inc., and Sentry Insurance A Mutual Company, further requests notice of the signing of any final judgment, the rendition of any interlocutory order or judgment, or of any order of judgment refusing to grant a new trial, in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

_____
CHARLES M. PONDER, III, #2052
PONDER LAW FIRM
1010 Common Street, Suite 1715
New Orleans, Louisiana 70112
Telephone: (504) 528-3066
Facsimile: (504) 528-3077

## CERTIFICATE OF SERVICE

I, Charles M. Ponder, III, do hereby certify that a copy of the foregoing pleading has been served upon all parties through their attorney of record by: ☒transmitting same via facsimile, and/or ☐depositing same in the United States Mail, properly addressed and postage pre-paid this ___ day of May, 2016.

_____
CHARLES M. PONDER, III