```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
```

**DENISHA RODRIGUEZ**                                  **CIVIL ACTION**

**VERSUS**                                             **NO. 16-10423**

**SENTRY INSURANCE A MUTUAL COMPANY,**                 **SECTION "B"(5)**
**ET AL**

### ORDER

Considering the foregoing "Final Motion to Dismiss" (Rec. Doc. 25),

**IT IS ORDERED** that the Motion is **GRANTED** and that the case is **DISMISSED WITH PREJUDICE** as to plaintiff, Denisaha Rodriguez, and defendants, Brandon Gordon, Maeco Fabrication, Inc., Sentry Select Insurance Company, and Sentry Insurance, A Mutual Company, as to all demands principal and incidental, all parties to bear their own costs.

New Orleans, Louisiana, this 22nd day of June, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE